WILLIAM R. TAMAYO, Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 GOLDEN GATE AVE., 5TH FLOOR WEST
SAN FRANCISCO, CA  94102-3661
TEL: (415) 522-3366
william.tamayo@eeoc.gov

MAY CHE, Senior Trial Attorney
JOHN STANLEY, Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL:  (206) 220-6919
FAX:  (206) 220-6991
may.che@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>TINY'S ORGANIC, LLC,<br><br>            Defendant. | CIVIL ACTION NO. _____<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

EEOC v. Tiny's Organic, LLC
Complaint - 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex (pregnancy) and to provide appropriate relief to Maria Guillen, who was adversely affected by such practices.  The Equal Employment Opportunity Commission alleges that Defendant, Tiny's Organic, LLC, terminated Ms. Guillen from employment because of sex, female, and pregnancy.  Plaintiff seeks monetary relief, including pecuniary and nonpecuniary compensatory damages, and injunctive relief.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the

EEOC v. Tiny's Organic, LLC
Complaint - 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

"Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, Defendant, Tiny's Organic, LLC has continuously been doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Maria Guillen filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least June 27, 2012, Defendant has engaged in unlawful employment practices at its Wenatchee, Washington facility, in violation of §703(a) of Title VII, 42 U.S.C. § 2000e-2(a). Specifically, the defendant terminated Ms. Guillen from employment based upon sex and pregnancy.

EEOC v. Tiny's Organic, LLC
Complaint - 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

8.      Maria Guillen was first hired by Defendant on or about 2006 as a packer and field worker. On or about June 2010 Defendant promoted Ms. Guillen to a supervisory position.  According to Defendant Ms. Guillen performed in this position successfully.  On June 18, 2012, Ms. Guillen reported to Defendant that she was pregnant with twins.  Defendant inquired whether Ms. Guillen was able to continue working or whether she was under any medical restrictions due to her pregnancy.  Ms. Guillen reported to Defendant that she was able to work and was not under any medical restrictions due to her pregnancy. Defendant knew that Ms. Guillen had previously had healthy pregnancies and some miscarriages. Defendant did not ask that Ms. Guillen provide any documentation concerning her ability to work during her pregnancy, and Defendant at no time during Ms. Guillen's employment possessed any such documentation.  Ms. Guillen continued to perform the duties of her job satisfactorily.  Nine days later, on June 27, 2012, Ms. Guillen was terminated from her employment by Defendant for allegedly failing to follow the medical work restrictions placed on her from her physician due to her pregnancy.  Defendant made the decision to terminate Ms. Guillen on the basis of her pregnancy.

9.      The effect of the practices complained of in paragraphs 7 and 8 above has been to deprive Ms. Guillen of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex and pregnancy.

EEOC v. Tiny's Organic, LLC
Complaint - 4

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

10. The unlawful employment practices complained of in paragraph 7 above were intentional.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any other employment practice which discriminates on the basis of sex and pregnancy and retaliation.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Maria Guillen by providing appropriate back pay and front pay with interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make whole Maria Guillen by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

EEOC v. Tiny's Organic, LLC
Complaint - 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

E. Order Defendant to make whole Maria Guillen by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay Maria Guillen punitive damages for its malicious and reckless conduct, as described in paragraphs 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

EEOC v. Tiny's Organic, LLC
Complaint - 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 15th day of September, 2014.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| MAY CHE<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |

BY:   s/ *William R. Tamayo*
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (206) 220-6919
 Facsimile (206) 220-6911

Office of the General Counsel
131 M Street, N.E.
Washington, D.C. 20507

Attorneys for Plaintiff

EEOC v. Tiny's Organic, LLC
Complaint - 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882